IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,                       JUDGMENT IN A CIVIL CASE

v.                                     Case No. 13-cv-689-wmc

BUFFALO COUNTY SHERIFF
DEPARTMENT and LOGAN OLSON,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim.

| /s/ | 4/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |